DANIEL G. BOGDEN, NSBN 2137
United States Attorney
BLAINE T. WELSH
Chief, Civil Division
JENNIFER LEE TARN, CSBN 240609
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California  94105
    Telephone: (415) 977-8825
    Facsimile: (415) 744-0134
    E-Mail: Jennifer.Tarn@ssa.gov
    Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HOWARD E. BLASINGAME, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAROLYN W. COLVIN, ) <br> Acting Commissioner of Social Security, ) <br> ) <br> Defendant. ) | Case No. 2:16-cv-02203 GMN PAL <br><br> **UNOPPOSED MOTION FOR EXTENSION OF TIME** |

    Defendant Carolyn W. Colvin, Acting Commissioner of Social Security "Defendant," through her undersigned attorneys, respectfully requests that the Court extend the time for Defendant to file her Answer to the Complaint, due on November 28, 2016, by 30 days, through and including December 28, 2014.

    An extension of time is needed in order to prepare Defendant's Answer because the Commissioner is still in the process of assembling and finalizing the administrative record. This request is made in good faith with no intention to unduly delay the proceedings.

Counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this motion, on November 28, 2016.

Respectfully submitted on November 28, 2016.

DANIEL G. BOGDEN<br>
United States Attorney<br><br>
<i>/s/ Jennifer Lee Tarn</i><br>
JENNIFER LEE TARN<br>
Special Assistant United States Attorney

OF COUNSEL:

GINA TOMASELLI
Assistant Regional Counsel

DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
THE HONORABLE PEGGY A. LEEN

DATED: November 28, 2016

**CERTIFICATE OF SERVICE**

I, **Jennifer L. Tarn**, certify that the following individual was served with a copy of the **UNOPPOSED MOTION FOR EXTENSION OF TIME** on the date and via the method of service identified below:

**CM/ECF:**

Cyrus Safa
Law Offices of Lawrence D. Rohlfing
12631 E. Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Email: cyrus.safa@rohlfinglaw.com

Gerald Welt
Gerald M. Welt, Chtd.
703 S. 8th St.
Las Vegas, NV 89101
Email: gmwesq@weltlaw.com

Dated: November 28, 2016

By: */s/ Jennifer Lee Tarn*
JENNIFER LEE TARN
Special Assistant United States Attorney