Cyrus Safa
Attorney at Law: 13241
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
HOWARD E. BLASINGAME

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HOWARD E. BLASINGAME | Case No.: 2:16-cv-02203-GMN-PAL |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE MOTION FOR REVERSAL AND/OR REMAND |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security. | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Howard E. Blasingame ("Plaintiff") and defendant Nancy A. Berryhill, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Reversal and/or Remand to March 31, 2017; and that Defendant shall have until May 1, 2017, to file her opposition, if any is forthcoming. Any reply by plaintiff will be due May 22, 2017.

///

1  An extension of time for plaintiff is needed in order to properly prepare
2  plaintiff's motion addressing the legal issues within the administrative record in
3  this matter. Counsel sincerely apologizes to the court for any inconvenience this
4  may have had upon it or its staff.

6  DATE: January 30, 2017    Respectfully submitted,
7  LAWRENCE D. ROHLFING

   /s/ *Cyrus Safa*

8  BY: _____
9  Cyrus Safa
   Attorney for plaintiff Mr. Howard E. Blasingame

12 DATE:  January 30, 2017    Daniel G. Bogden
                              United States Attorney
13
   /s/ *Jennifer Lee Tarn*
14
   BY: _____
15 Jennifer Lee Tarn
   Special Assistant United States Attorney
16 Attorneys for defendant Carolyn W. Colvin
   |*authorized by e-mail|

19 DATED: February 1, 2017
   IT IS SO ORDERED:  _____
20                    UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE
FOR CASE NUMBER  2:16-CV-02203-GMN-PAL**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on January 30, 2017.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Cyrus Safa*
_____

Cyrus Safa
Attorneys for Plaintiff