CYRUS SAFA
Attorney at Law: 13241
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
HOWARD E. BLASINGAME

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HOWARD E. BLASINGAME | Case No.: 2:16-cv-02203-GMN-PAL |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE MOTION FOR REVERSAL AND/OR REMAND |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security. | (SECOND REQUEST) |
| Defendant. | |

Plaintiff Howard E. Blasingame and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time to file Plaintiff's Motion for Reversal and/or Remand from March 31, 2017 to May 1, 2017; and that Defendant shall have 30 days or until May 31, 2017, to file her opposition. Any reply by plaintiff will be due by June 21, 2017. This is Plaintiff's second request.

Counsel has recently reassigned this case internally in order to avoid further delay in this matter. An extension of time is needed as the spouse of the associate

-1-

in Counsel's firm who this matter was previous assigned recently passed away. Due to the sensitive nature of the situation, Counsel has previously refrained from reassigning the matter.

The matter has now been reassigned and Counsel assures the Court that the Motion will be filed on or before May 1, 2017. Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: April 7, 2017       Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Cyrus Safa*

BY: _____
Cyrus Safa
Attorney for plaintiff Mr. Howard E. Blasingame

DATE: April 7, 2017

Daniel G. Bogden
United States Attorney

/s/ *Jennifer Lee Tarn*

BY: _____
Jennifer Lee Tarn
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
|*authorized by e-mail|

DATED:

IT IS SO ORDERED: _____

UNITED STATES MAGISTRATE JUDGE